1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STELLA HAWKINS, | ) | 1:09cv444 BAK [DLB] |
| | ) | |
| | ) | |
| | ) | ORDER DISCHARGING ORDER |
| Plaintiff, | ) | TO SHOW CAUSE |
| | ) | (Document 13) |
| v. | ) | |
| | ) | ORDER EXTENDING |
| MICHAEL J. ASTRUE, Commissioner | ) | TIME TO FILE OPENING BRIEF |
| of Social Security, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 9, 2009, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.  Plaintiff's opening brief was due on or before October 18, 2009.

On November 13, 2009, the Court issued an order to show cause why the action should not be dismissed for Plaintiff's failure to file her opening brief.

On December 3, 2009, Plaintiff filed a response to the order to show cause.  Plaintiff's counsel explains that his current calendaring system is triggered by receipt of Defendant's response to the confidential letter brief.  Counsel did not receive a response and therefore was "not alerted to the need to file the opening brief within the time limits established."  Counsel indicates that the calendaring system has been changed to prevent such occurrences in the future.

Accordingly, the order to show cause issued on November 13, 2009, is DISCHARGED. Plaintiff's time for filing an opening brief is extended an additional thirty (30) days to January 4, 2010.

IT IS SO ORDERED.

Dated:    **December 4, 2009**              **/s/ Dennis L. Beck**
                                                         UNITED STATES MAGISTRATE JUDGE

1