YOUNG CHO
ATTORNEY AT LAW: 189870
LAW OFFICES OF LAWREMCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CA 90670-4756
562/868-5886
FAX: 562/868-5491

ATTORNEY FOR PLAINTIFF
STELLA HAWKINS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STELLA HAWKINS | Case No. 1:09-cv-00444 JLT |
| Plaintiff, | ORDER RE STIPULATION TO DISMISS |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security | |
| Defendant. | |

Based upon the Stipulation to Dismiss duly executed by the Parties, and Good Cause Appearing, the Court grants the request for dismissal.

IT IS SO ORDERED.

Dated: __January 7, 2010__          _____/s/ Jennifer L. Thurston_____
                                    UNITED STATES MAGISTRATE JUDGE

1